IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNELL JOHNSON,

    Petitioner,                       No. CIV S-11-2418 CKD P

    vs.

U.S. ATTORNEY GENERAL,

    Respondent.                     ORDER

/

      Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. He seeks an extension of time in which to pay the filing fee of $5.00. Good cause appearing, the motion will be granted.[1]

\\\\

\\\\

\\\\

\\\\

---

[1] By chance, the court noticed that petitioner sent his motion from a prison address different from the prison address that is currently on file with the court. The court has directed the clerk to update petitioner's address accordingly. However, petitioner is admonished that it is his responsibility to inform the court of any change of address and to do so as soon as possible. Petitioner's failure to update the court with his contact information in the future may result in dismissal of his case without prejudice.

1

1  Accordingly, IT IS HEREBY ORDERED that the motion for an extension of time
2  (Docket No. 5) is granted.  Petitioner has thirty days from the entry of this order in which to pay
3  the filing fee.

Dated: November 29, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

hm
john2418.eot