1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   VERNELL JOHNSON,

11            Petitioner,                    No. CIV S-11-2418 CKD P

12        vs.

13   U.S. ATTORNEY GENERAL,

14            Respondent.                    <u>ORDER</u>

15   _____/

16            Petitioner is a state prisoner proceeding pro se with an application for writ of

17   habeas corpus under 28 U.S.C. § 2254.  He seeks an extension of time in which to pay the filing

18   fee of $5.00.  Good cause appearing, the motion will be granted.[1]

19   \\\\

20   \\\\

21   \\\\

22   \\\\

23   _____

24        [1] By chance, the court noticed that petitioner sent his motion from a prison address
     different from the prison address that is currently on file with the court.  The court has directed
25   the clerk to update petitioner's address accordingly.  However, petitioner is admonished that it is
     his responsibility to inform the court of any change of address and to do so as soon as possible.
26   Petitioner's failure to update the court with his contact information in the future may result in
     dismissal of his case without prejudice.

                                              1

1    Accordingly, IT IS HEREBY ORDERED that the motion for an extension of time

2 (Docket No. 5) is granted.  Petitioner has thirty days from the entry of this order in which to pay

3 the filing fee.

4  Dated: November 29, 2011

5

6 CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7

8

9 hm
john2418.eot

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26